RECEIVED
IN LAKE CHARLES, LA
APR 12 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HAZEL JONES, ET AL** | : | **DOCKET NO. 06-0056** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ALLEN PARISH CORRECTIONAL CENTER, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (doc.#7) filed by defendants, The GEO Group, Inc.; Kent Andrews, former Warden of Allen Correctional Center; Mark Estes, incorrectly referred to as Michael Estes, Assistant Warden at Allen Correctional Center; Murray Crucher, incorrectly referred to as Bill Crucher, Assistant Warden at Allen Correctional Center; Walter Garnett, Captain at Allen Correctional Center; and Patricia Mapel, Sergeant at Allen Correctional Center is hereby **GRANTED** dismissing all claims asserted by the Estate of Hilton Jones and dismissing the defendant, Allen Correctional Center, incorrectly named Allen Parish Correctional Center, with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

